Paul S. BACHANT, Plaintiff, Appellant,

v.

Salvatore L. FICARO, Defendant,
Appellee.

No. 5454.

United States Court of Appeals
First Circuit.

June 11, 1959.

Carl Liddy, Boston, Mass., with whom Fusaro & Fusaro, Worcester, Mass., was on brief, for appellant.

James C. Donnelly, Jr., Worcester, Mass., with whom Joseph F. Sawyer, Jr., and Ceaty, Ceaty, MacCarthy & Donnelly, Worcester, Mass., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

A judgment will be entered affirming the judgment of the District Court.

BEOL, INC., Appellee,

v.

H. S. DORF & CO., Inc., Alleged
Bankrupt-Appellant.

No. 352, Docket 25579.

United States Court of Appeals
Second Circuit.

Submitted June 5, 1959.

Decided June 17, 1959.

H. S. Dorf & Co., Inc., the respondent to a pending petition for involuntary bankruptcy brought by Beol, Inc., a creditor, appeals from an order refusing to stay an action instituted by the latter as judgment creditor in the Supreme Court, New York County, on March 12, 1952, to recover preferences against the alleged bankrupt and others.

Edward Gettinger and Samuel W. Sherman, of Gettinger & Gettinger, New York City, for alleged bankrupt-appellant.

Borris M. Komar, New York City, for appellee.

Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

There is no sound ground for a stay of the state court action at the present time. Metcalf Bros. & Co. v. Barker, 187 U.S. 165, 23 S.Ct. 67, 47 L.Ed. 122; In re Denton & Haskins Music Pub. Co., D.C.S.D.N.Y., 10 F.Supp. 802, per Patterson, J.

Affirmed.